No. 615. NISHIDA ET AL., DOING BUSINESS AS HILO DAIRY COMPANY OF KAUAI, ET AL. *v.* E. I. DU PONT DE NEMOURS & Co. C. A. 5th Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Roger E. Brooks* and *C. Nils Tavares* for petitioners. *Earl T. Thomas* and *Carl E. Geuther* for respondent.

No. 612. FAY, WARDEN, *v.* UNITED STATES EX REL. MARCIAL, ALIAS JOHNSON. Motion of respondent for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. *Louis J. Lefkowitz,* Attorney General of New York, *John R. Davison,* Solicitor General, *Samuel A. Hirshowitz,* First Assistant Attorney General, *Michael Freyberg,* Assistant Attorney General, and *George K. Bernstein,* Deputy Assistant Attorney General, for petitioner. Respondent *pro se.*

No. 127, Misc. FROST *v.* U. S. MARSHAL FOR SOUTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied. *Rayfield Lundy* for petitioner. *Solicitor General Rankin, Warren Olney, III,* then Assistant Attorney General, and *Beatrice Rosenberg* for respondent.

No. 132, Misc. HICKS *v.* MAYO, PRISON CUSTODIAN. Supreme Court of Florida. Certiorari denied. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, and *Odis M. Henderson,* Special Assistant Attorney General, for respondent.

No. 135, Misc. GOODCHILD *v.* BURKE, WARDEN. C. A. 7th Cir. Certiorari denied. *Harold C. Havighurst* for petitioner. *Stewart G. Honeck,* Attorney General of Wisconsin, and *William A. Platz,* Assistant Attorney General, for respondent.